RECEIVED
DEC 14 2020
JUDITH E. LEVY
U.S. DISTRICT JUDGE

2

15-20338

Honorably Judge Levy,

I, Sharon Gandy-Micheau #49971-039, am writing in regards to the EIP Payments. Inmates are eligible to receive stimulus and I write you today asking for permission to apply. It is part of my stipulation to seek permission first from the court.

I am currently housed at the Federal Transfer Center but you can find me in the FBOP system in order to direct your reply that way I'll know how to move forward. I thank you for your time and consideration.

Respectfully,

Gandy-Micheau #49971-039

RECEIVED
DEC 18 2020
CLERK'S OFFICE
U.S. DISTRICT COURT



NAME: Sharod Gandy
REG# 44971039
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

OKLAHOMA CITY OK 730

RECEIVED
DEC 14 2020
JUDITH E. LEVY
U.S. DISTRICT JUDGE

Judge Levy
200 East. Liberty St, Room 200
Ann Arbor, MI 48104-21299