# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

                Plaintiff,        Case No. 15-20338

v.                                    Judith E. Levy
                                    United States District Judge

Sharon Gandy-Micheau,

                                    Mag. Judge Mona K. Majzoub

                Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE AND REQUEST FOR A HEARING [270]

      This case is before the Court on Defendant's motion for compassionate release. (ECF No. 270.) On January 4, 2021, a hearing was held by video conference and oral argument was heard. For the reasons set forth on the record, Defendant's motion is GRANTED.

      Defendant's sentence of imprisonment is reduced to time served. Upon release by the Bureau of Prisons, Defendant must immediately self-quarantine at her residence for 14-days. The term of supervised release and all other conditions of supervised release remain unchanged.

      IT IS SO ORDERED.

Dated: January 5, 2021　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 5, 2021.

　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　Case Manager